# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147902

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FREDERICK H. GRUMBLEY,
        Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS
DIRECTOR,
        Defendant-Appellee.

SC: 147902
COA: 315310
Gratiot CC: 06-010014-AH

_____/

On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                    Clerk

t0224